IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01414-REB-MEH

MICHELE WHITMORE,
WKF ENTERPRISES, LLC,
WANDA K. FORD,
DYLAN MUMM,
CARLYN MUMM, and
KATHRYN FORD,

    Plaintiffs,

v.

STATGUARD, LLC,
DAVID KIM STANLEY,
MICHAEL J. LEARY,
CHARLES S. BRADFORD,
BRUCE HOOVER, and
LINDA MITCHELL,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 10, 2009.**

    Plaintiffs' Request [Motion] for Award of Fees [filed July 30, 2009; docket #17] is **granted**. The Court orders that Defendants' counsel is sanctioned in the amount of $496.00 to be paid to counsel for Plaintiff as a reasonable sanction of attorney's fees. This amount shall be paid no later than **August 31, 2009**. Counsel for Defendants shall file a Notice of Compliance with Order re: Sanctions **on or before September 4, 2009**.