IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01414-REB-MEH

MICHELE WHITMORE,
WKF ENTERPRISES, LLC,
WANDA K. FORD,
DYLAN MUMM,
CARLYN MUMM, and
KATHRYN FORD,

      Plaintiffs,

v.

STATGUARD, LLC,
DAVID KIM STANLEY,
MICHAEL J. LEARY,
CHARLES S. BRADFORD,
BRUCE HOOVER, and
LINDA MITCHELL,

      Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 28, 2009.**

Defendants' Motion to Amend Answer to Add Counterclaims Against Plaintiffs [filed August 27, 2009; docket #30] and Defendants' Motion to Amend Answer to Add Cross-Claims Against Third Parties [filed August 27, 2009; docket #34] are **denied without prejudice**. First, the Court notes that, although Defendants claim that the Answer in this case was filed in state court before removal, a copy of such pleading was not provided to this Court with the Notice of Removal or any time since the inception of the case. Second, the Defendants' two proposed pleadings reflect only Defendants' counterclaims on one document and their cross-claims on the second document; however, for the orderly administration of this case, the Court prefers that the Answer, Counterclaims and Cross-Claims appear in one document. Therefore, the Court will allow Defendants to re-file the motion and provide the Court with a copy of the original Answer and a copy of the proposed pleading as set forth in this order.