IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01414-REB-MEH

MICHELE WHITMORE,
WKF ENTERPRISES, LLC,
WANDA K. FORD,
DYLAN MUMM,
CARLYN MUMM, and
KATHRYN FORD,

     Plaintiffs,
v.

STATGUARD, LLC,
DAVID KIM STANLEY,
MICHAEL J. LEARY,
CHARLES S. BRADFORD,
BRUCE HOOVER, and
LINDA MITCHELL,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 8, 2009.**

     Defendants' Motion for Protective Order & Response to Motion to Compel [filed October 6, 2009; docket #49] is **denied without prejudice** for failing to comply with D.C. Colo. LCivR 7.1A and 7.1C ("A motion shall not be included in a response or reply to the original motion. A motion shall be made in a separate paper."). On or before October 13, 2009, Defendants may re-file their response and motion in separate papers and shall include in the motion a certification reflecting compliance with Rule 7.1A.