IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  09-cv-01414-REB-MEH | Date:   October 27, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

MICHELE WHITMORE,  Matthew Spohn
WKF ENTERPRISES, LLC,
WANDA K. FORD,
DYLAN MUMM,
CARLYN MUMM, and
KATHRYN FORD,

    Plaintiffs,

vs.

STATGUARD, LLC,  Lisa Welch Stevens
DAVID KIM STANLEY,
MICHAEL J. LEARY,
CHARLES S. BRADFORD,
BRUCE HOOVER, and  David Lichtenstein
LINDA MITCHELL,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**     9:15 a.m.

Court calls case.  Appearances of counsel.  Also present: Scott Evans.

Discussion regarding Mr. Lichtenstein's entry of appearance for Defendants Hoover and Mitchell.

Discussion regarding Ms. Stevens filing motions, meeting the Court-ordered deadlines, and following the proper procedures.

Argument and discussion regarding Defendants' Motion to File an Amended Answer Adding Counterclaims Against Plaintiffs and Cross Claims Against Third Party Defendants (Doc. 39, filed 9/8/09).

Ms. Stevens states that Defendants withdraw any claims against any proposed Third Party Defendants.

**ORDERED:** For reasons stated on the record, Defendants' Motion to File an Amended Answer Adding Counterclaims Against Plaintiffs and Cross Claims Against Third Party Defendants (Doc. #39, filed 9/8/09) is DENIED without prejudice.  Defendants shall file a renewed Motion to Amend Answer and Add Counterclaims by **October 30, 2009.**  Plaintiffs shall file a response by **November 9, 2009.** Plaintiffs may reply by **November 13, 2009.**

Discussion regarding Plaintiffs' Motion to Compel Discovery from Defendants and for Award of Fees and Costs (Doc. #43, filed 9/16/09) and Defendants' Amended Motion for Protective Order (Doc. #57, filed 10/20/09).  The motions are taken under advisement and will be decided on the briefs filed by counsel.

Discussion regarding Defendant StatGuard, LLC's status and possibly substituting another party for that entity.

Discussion regarding disclosures, discovery responses provided to Plaintiffs by Defendants, and Defendants' electronic files in storage.

Discussion regarding the issue of documents being signed electronically without permission from clients.

**Court in recess:**      10:03 a.m.  **(Hearing concluded)**
**Total time in court:**  0:48