IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01414-REB-MEH

MICHELE WHITMORE,
WKF ENTERPRISES, LLC,
WANDA K. FORD,
DYLAN MUMM,
CARLYN MUMM, and
KATHRYN FORD,

    Plaintiffs,

v.

STATGUARD, LLC,
DAVID KIM STANLEY,
MICHAEL J. LEARY,
CHARLES S. BRADFORD,
BRUCE HOOVER, and
LINDA MITCHELL,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 2, 2009.**

    Lisa Welch Stevens' Combined Motion to Withdraw and Certification of Written Notice to Client [filed October 30, 2009; docket #65] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A, which prohibits the Court from considering any motion (other than a motion filed under Fed. R. Civ. P. 12 or 56) that fails to describe the movant's specific efforts to confer, or make reasonable good-faith efforts to confer, with *all* opposing parties to resolve the matter.