IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01414-REB-MEH

MICHELE WHITMORE,
WKF ENTERPRISES, LLC,
WANDA K. FORD,
DYLAN MUMM,
CARLYN MUMM, and
KATHRYN FORD,

    Plaintiffs,

v.

STATGUARD, LLC,
DAVID KIM STANLEY,
MICHAEL J. LEARY,
CHARLES S. BRADFORD,
BRUCE HOOVER, and
LINDA MITCHELL,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 2, 2009.**

    Certain Defendants' Motion to File an Amended Answer Adding Counterclaims Against Plaintiffs [filed October 30, 2009; docket #66] is **denied without prejudice** for an apparent inconsistency. The motion is brought on behalf of all Defendants, but the proposed amended pleading lists only certain Defendants.

    The Court reminds Defendants that proposed pleadings are not to be filed separately on the Court's ECF docket system, but must be attached to the motion for the Court's review, unless the pleading is filed as a "proposed" or "tendered" document. The Clerk of the Court is directed to strike the Amended Answer (docket #68), which has not been approved for filing.