IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01414-REB-MEH

MICHELE WHITMORE,
WKF ENTERPRISES, LLC,
WANDA K. FORD,
DYLAN MUMM,
CARLYN MUMM, and
KATHRYN FORD,

       Plaintiffs,

v.

STATGUARD TECHNOLOGIES, INC., a Delaware corporation,
DAVID KIM STANLEY,
MICHAEL J. LEARY,
CHARLES S. BRADFORD,
BRUCE HOOVER, and
LINDA MITCHELL,

       Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 9, 2009.**

       The Stipulated Motion to Amend Caption [filed November 9, 2009; docket #80] is **granted**. The Clerk of the Court is directed to amend the caption to reflect the name change from "StatGuard, LLC" to "StatGuard Technologies, Inc., a Delaware corporation."