IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01414-REB-MEH

MICHELE WHITMORE,
WKF ENTERPRISES, LLC,
WANDA K. FORD,
DYLAN MUMM,
CARLYN MUMM, and
KATHRYN FORD,

      Plaintiffs,

v.

STATGUARD, LLC,
DAVID KIM STANLEY,
MICHAEL J. LEARY,
CHARLES S. BRADFORD,
BRUCE HOOVER, and
LINDA MITCHELL,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 29, 2009.**

      The Unopposed Motion of Defendants Hoover and Mitchell for Order ... to Permit Waiver of Appearance at Settlement Conference [filed December 24, 2009; docket #114] is **granted**. Defendants Hoover and Mitchell are excused from appearing at the Settlement Conference scheduled in this case on January 6, 2010.